IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARBITRON INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-604 (SLR) |
| | ) |
| DIGIMARC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND PROPOSED ORDER**

WHEREAS, Plaintiff Arbitron Inc. ("Arbitron") filed a Complaint against Defendant Digimarc Corporation ("Digimarc") on August 13, 2009;

WHEREAS, due to ongoing settlement discussions, the Court approved the parties' stipulation, filed February 22, 2010, to extend Digimarc's deadline to answer the Complaint to March 1, 2010; and

WHEREAS, the parties have agreed to material terms and are proceeding to finalize an agreement;

IT IS HEREBY STIPULATED by and between Arbitron and Digimarc, subject to the approval of the Court, that Digimarc's deadline to answer the Complaint be extended to March 22, 2010.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Julia Heaney* | */s/ Melanie K. Sharp* |
| Julia Heaney (#3052) | Melanie K. Sharp (#2501) |
| 1201 North Market Street, 18th Floor | James L. Higgins (#5021) |
| P.O. Box 1347 | Megan C. Haney (#5016) |
| Wilmington, DE  19899-1347 | The Brandywine Building |
| (302) 658-9200 | 1000 West Street, 17th Floor |
| jheaney@mnat.com | Wilmington, Delaware  19801 |
| | msharp@ycst.com |
| *Attorneys for Arbitron Inc.* | jhiggins@ycst.com |
| | mhaney@ycst.com |
| | *Attorneys for Digimarc Corporation* |

- 2 -

OF COUNSEL:

Alfred R. Fabricant
Lawrence C. Drucker
Peter Lambrianakos
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, NY  10019-6708
(212) 277-6500

Gianni Minutoli
Matthew B. Weinstein
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC  20006-5403
(202) 420-2200

OF COUNSEL:

John D. Vandenberg
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S. W. Salmon Street, Suite 1600
Portland, OR  97204
(503) 595-5300

March 1, 2010

`      SO ORDERED this _____ day of _____, 2010

_____
United States District Judge

3406617